Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendants SOULDRIVER, L.P.
and SOULDRIVER LESSEE, INC.

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>         Plaintiff<br>v.<br><br>SOULDRIVER, L.P. a Delaware Limited Partnership; SOULDRIVER LESSEE, INC., a Delaware Corporation; and Does 1-10,<br><br>         Defendants. | Case No.: 3:21-cv-00082-TWR-MSB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:     June 9, 2021<br>Time:    1:30 p.m.<br>Courtroom: 3A<br><br>**No Oral Argument Requested**<br><br>Hon. Todd W. Robinson |

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on June 9, 2021, or as soon thereafter as the matter may be heard in Courtroom 3A of the above-entitled court, Defendants SOULDRIVER, L.P. and SOULDRIVER LESSEE, INC. will and hereby do move to dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6). All of the asserted claims arise from Plaintiff's visit to a third party hotel reservation website maintained by Expedia(the "Website"), and Plaintiff's claim that the Website fails to provide sufficient information about the accessible features in the accessible guestrooms in violation of the Americans with Disabilities Act and California's Unruh Civil Rights Act. The Complaint fails to state any plausible entitlement to relief with respect to any of the claims asserted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

This motion is made following the conference of counsel which took place on December 4, 2020 and on February 3, 2021.

WHEREFORE, Defendants SOULDRIVER, L.P. and SOULDRIVER LESSEE, INC. respectfully request that this Court dismiss the Complaint with prejudice and without leave to amend.

                                            Respectfully Submitted,

                                            STILLMAN & ASSOCIATES

Dated: March 3, 2021                   By:_____
                                              Philip H. Stillman, Esq.
                                              Attorneys for Defendants SOULDRIVER, L.P.
                                              and SOULDRIVER LESSEE, INC.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, certify under penalty of perjury that on March 3, 2021 or as soon |
| 3 | as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points |
| 4 | and Authorities, the Request for Judicial Notice and Proposed Order was served |
| 5 | electronically by the Court's ECF notice to all persons/entities requesting special notice or |
| 6 | otherwise entitled to the same. |

By: /s/ *Philip H. Stillman*
Attorneys for SOULDRIVER, L.P. and
SOULDRIVER LESSEE, INC.

Motion to Dismiss Complaint                    -1-